UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 ORLANDO MADDOX

Defendant.
_____/

Criminal No. 24-CR-20514

Hon. Nancy G. Edmunds

Violations:
21 U.S.C. §§ 846 & 841(a)(1)
18 U.S.C. §§ 1956(a),(h)

### Superseding Information

The United States Attorney charges that:

### Count One
### Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
### 21 U.S.C. §§ 846 & 841(a)(1)

From in or around February 2023, through in or around May 2024, in the Eastern District of Michigan, and elsewhere, the defendants, ORLANDO MADDOX, ANDRE MADDOX, and RALPH THOMAS, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons known and unknown to the Grand Jury, to distribute and possess with intent to

distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, ORLANDO MADDOX, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi), 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II), and 100 grams or more of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i).

### Count Two
### Conspiracy to Engage in Concealment Money Laundering Transactions
### 18 U.S.C. §§ 1956(a), 1956(h)

From in or around March 2023, through February 2024, in the Eastern District of Michigan, and elsewhere, the defendant, ORLANDO MADDOX, knowingly, intentionally, and unlawfully combine, conspire,

and agree with each other and with other persons known and unknown to the Grand Jury to commit money laundering offenses against the United States in violation of Title 18, United States Code, Section 1956, specifically, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, namely, conspiracy to possess, distribute, and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity,

in violation of Title 18, United States Code, Section 1956(a)(l)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

JEROME F. GORGON JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Jason Dorval Norwood
Jason Dorval Norwood
Assistant United States Attorney

Dated: February 12, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>24-cr-20514 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: JDN |

**Case Title:** USA v. D-1 Orlando Maddox

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

  ____Indictment/____Information --- **no** prior complaint.
  ____Indictment/____Information --- based upon prior complaint [**Case number:**            ]
  ____Indictment/ ✓ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 24-cr-20514        **Judge:** Nancy G. Edmunds

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D-1 Orlando Maddox | 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. §§ 1956(a),(h) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 12, 2026          s/Jason Dorval Norwood
      Date                 Jason Dorval Norwood
                           Assistant United States Attorney
                           211 W. Fort Street, Suite 2001
                           Detroit, MI  48226-3277
                           Phone: (313) 226- 9587
                           Fax:
                           E-Mail address: jason.norwood@usdoj.gov
                           Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.