UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                          Case No. 24-cr-20514-1
                                           Hon. Matthew F. Leitman

v.

D1, ORLANDO MADDOX,

      Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE (ECF #144)

A status conference was held on June 23, 2026, on the Government's Motion Strike Defendant's pro se motions. (See motion at ECF #144). For the reasons stated on the record by counsel, the Defendant, and this Court, the Court will grant the motion. Therefore,

**IT IS HEREBY ORDERED** that the Motion to Strike is **GRANTED,** and the pro se motions filed by Defendant at ECF #142 and ECF #143 are STRICKEN.

**IT IS SO ORDERED.**

                       /s/Matthew F. Leitman
                       MATTHEW F. LEITMAN
                       UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126